UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:25-cr-96 KKC

UNITED STATES OF AMERICA                                    PLAINTIFF

V.

DANIEL HOSKINS                                             DEFENDANT

RESPONSE TO UNITED STATES'
MEMORANDUM REGARDING UNRESOLVED OBJECTIONS
* * * * * * *

The Defendant states in response to the Memorandum filed at about six p.m. on Sunday, July 19, 2026, that the Memorandum violates the Court's sentencing order. The Court's sentencing order states that parties shall file a memorandum addressing any unresolved objections to the pre-sentence report no later than 14 days prior to sentencing. The Court's order also requires parties to file a notice of any witnesses to be called at the sentencing hearing no later than 14 days prior to the sentencing hearing.

The Court's order then requires the Defendant to file a sentencing memorandum no later than 7 days prior to sentencing, which the Defendant has done.

Respectfully submitted,

/s/ Pamela D. Perlman

Pamela D. Perlman

PO Box 22107

Lexington, KY 40522

CERTIFICATION OF SERVICE

It is hereby certified that a true and accurate copy of this motion shall be served on the U.S. Attorney via email this 19th day of July, 2026.

/s/ Pamela D. Perlman

Pamela D. Perlman